BEFORE THE SECOND DIVISION, JUNE 14, 1962

No. 66855.—Andrew Fisher Cycle Co., Inc. v. United States, protests 59/4330 and 60/31249 (Portland, Oreg.).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of United States v. Schmidt Pritchard & Co. et al. (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.